UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-314-D

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LESLIE O. STONE,<br>Defendant. | ORDER TO STAY THE DEADLINE<br>FOR FILING A RESPONSIVE<br>PLEADING |

For good cause shown, the parties' Joint Motion to Stay the Deadline for Filing a Responsive Pleading is GRANTED. The Court shall stay the deadline for thirty (30) days up to and including August 28, 2013.

This the **26** day of July, 2013.

_____
Chief United States District Judge
James C. Dever III